AO 106 (Rev. 04/10) Application for a Search Warrant                                                   AUSA M. Hunter

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
USPS Priority Mail parcel 9405 5368 9784 6771 4572 25, and ) Case No. 2:19-mj-291
9405 5368 9784 6771 4572 87 addressed to "On Point APO, )
605 N High St Ste 648 Columbus, OH 43215-2024. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
USPS Priority Mail parcel 9405 5368 9784 6771 4572 25, and 9405 5368 9784 6771 4572 87 addressed to "On Point APO, 605 N High St Ste 648 Columbus, OH 43215-2024.

located in the _____Southern_____ District of _____Ohio, Eastern Division_____ , there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector MOHAMED A. SABRAH

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

MOHAMED A. SABRAH, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-12-19

*Judge's signature*

City and state: COLUMBUS, OHIO                    Chelsey M. Vascura, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF )
)
USPS Priority Mail parcel )
9405 5368 9784 6771 4572 25, and )
9405 5368 9784 6771 4572 87 )
addressed to "On Point APO, 605 N High St )
Ste 648 Columbus, OH 43215-2024." )

Case no: 2:19-mj-291

**Magistrate Judge Vascura**

### Affidavit in Support of Application for Search Warrant

I, Mohamed A. Sabrah, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service since February, 2016, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement units. I have received an additional 40 hour Prohibited Mailings training by the U.S. Postal Inspection Service

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Mail, a business-oriented service offered by the U.S. Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

3. On February 15, 2019, a United States Magistrate Judge in the Southern District of Ohio authorized a search warrant to search USPS Priority Mail parcel, with tracking number 9205590175547700013615224, addressed to "Quintessentials, 1491 Polaris Pkwy Ste 219, Columbus, OH 43240-2041," and bearing a return address of "GRBIZZ, 333 S Franklin St, Tampa, FL 33602." On the same day, after obtaining the federal search warrant, I opened the parcel and found it to contain a laboratory grade faucet / dispenser, and three smaller individual parcels labeled for reshipment. Inside each of the three smaller individual parcels was a substance that field tested positive for steroids. The steroids were in both pill and vial form. Additionally, the laboratory grade faucet / dispenser is known by law enforcement to be associated with the distribution and / or manufacture of steroids.

1

4. Through investigation, I was able to determine a male named "Jeremy Beilharz" recently had been collecting packages from 1491 Polaris Pkwy Ste 219, Columbus, OH 43240-2041. Further investigation, lead to identifying multiple other UPS store boxes that Beilharz was collecting packages from. This determination was based on the IP address that tracked the parcels and / or similar business names used on the parcels. One of the boxes identified is box 648 at the Short North UPS Store, 605 N High St. Columbus, OH 43215-2024. Beilharz is receiving parcels to box 648 under the fictitious business name of "On Point APO."

5. It is believed that Beilharz is "reshipping" packages that were sent to him (such as the smaller parcels found in the package searched on February 15, 2019, pursuant to the federal search warrant described herein).

6. On April 8, 2019, law enforcement identified USPS Priority Mail parcels with tracking number 9405 5368 9784 6771 4572 25 and 9405 5368 9784 6771 4572 87, which are the subject parcels of this warrant, as being mailed to Beilharz. Postal Inspectors took custody of the parcels, which are addressed to "On Point APO, 605 N High St Ste 648 Columbus, OH 43215-2024," and bear the return address of "Lighthouse Electrix, 6441 S Chickasaw Trl Orlando, FL 32823-8366."

7. According to law enforcement databases, the delivery address 6441 S Chickasaw Trl Orlando, FL 32823-8366 does exist and is a UPS Store. Lighthouse Electrix cannot be associated with this address.

8. According to law enforcement databases, the return address of 605 N High St Ste 648 Columbus, OH 43215-2024 does exist, and is a UPS Store box used by Beilharz.

9. Your affiant knows that in the past, drug traffickers have used fake names at legitimate addresses to receive parcels containing illegal narcotics, and have used non-existent addresses or addresses belonging to others for the sender/return address, in an attempt to legitimize the shipment in the event that the parcel is seized by law enforcement officers.

10. On April 9, 2019, law enforcement executed a federal search warrant on Beilharz's residence, 279 S Monroe Columbus, OH 43205. The search of Beilharz's residence resulted in the seizure of approximately 58 kilos of steroids, computers, steroid labels, shipping material and paperwork related to Dark Web and crypto currency activity. The steroids were in shipping boxes and various stages of being mixed and shipped in U.S. Postal shipping boxes. Mixing, vial filling, and capping equipment was discovered in his upstairs bedroom which was used as a clandestine laboratory.

11. The subject USPS Priority Mail parcels bearing tracking number 9405 5368 9784 6771 4572 25 and 9405 5368 9784 6771 4572 87 are currently in the custody of the USPIS in Columbus, OH.

12. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Priority Mail parcels bearing tracking number 9405 5368 9784 6771 4572 25 and 9405 5368 9784 6771 4572 87 contain controlled substances, and/or contraband,

in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

13. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that controlled substances are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

					_____
					Mohamed A. Sabrah
					United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 12 day of April, at Columbus, Ohio.

					_____
					Chelsey M. Vascura
					United States Magistrate Judge

3